IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA J. SECHRIST, | : | No. 4:16-CV-01475 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NANCY A. BERRYHILL,[1] *Commissioner of the Social Security Administration* | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

# ORDER

**AND NOW**, this 6th day of November 2017, having conducted a *de novo* review and having reached the same decision as Magistrate Judge Martin Carlson,

**IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin Carlson's May 17, 2017 Report and Recommendation, ECF No. 15, is ADOPTED in full.

2. Final judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk is directed to close the case file.

---

[1] The Complaint (ECF No. 1) correctly named Carolyn W. Colvin as Defendant, as she was the Acting Commissioner of the Social Security Administration at the time it was filed. As of January 23, 2017, Nancy A. Berryhill is the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill shall be substituted for Carolyn W. Colvin as Defendant in this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge